## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:

CAH ACQUISITION COMPANY #4, INC., d/b/a DRUMRIGHT REGIONAL HOSPITAL

Debtor.

Case No. 19-01228-5-JNC

Chapter 11

## APPLICATION FOR EMPLOYMENT OF CO-COUNSEL FOR THE TRUSTEE, *NUNC PRO TUNC*

Pursuant to the provisions of Sections 327(a) of the Bankruptcy Code, the undersigned Trustee hereby submits this application for an Order authorizing the employment of Jason L. Hendren, Rebecca F. Redwine and the firm of Hendren, Redwine & Malone, PLLC ("Hendren Redwine") as co-counsel for the Trustee, *nunc pro tunc* to the petition date in the Chapter 11 proceeding; and, in support of said Application, shows unto the Court as follows:

1.  CAH Acquisition Company #4, Inc. filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on March 17, 2019. Thomas W. Waldrep, Jr. was appointed as Trustee on March 18, 2019.

2.  The Trustee seeks authority to employ Jason L. Hendren, Rebecca F. Redwine and the firm of Hendren, Redwine & Malone, PLLC ("Hendren Redwine") as co-counsel for the Trustee along with Waldrep LLP, *nunc pro tunc* to the petition date.

3.  The Trustee has selected Hendren Redwine to serve as co-counsel for the Trustee along with Waldrep, LLP to assist him with any issues that may arise in the administration of the

Chapter 11 case.

4. Hendren Redwine does not hold or represent an interest adverse to the Estate.

5. Hendren Redwine is disinterested within the meaning of Section 327(a) of the Bankruptcy Code.

6. No compensation has been paid to date to Hendren Redwine. Jason L. Hendren has read the affidavit, and all matters therein are true and correct to the best of his knowledge and belief. All post-petition fees, compensation and reimbursement for expenses to Hendren Redwine will be determined after application and approval by the Court.

7. The employment of Hendren Redwine would be in the best interests of the Estate.

WHEREFORE, the Trustee prays that the Court enter an Order authorizing him to employ Hendren Redwine co-counsel for the Trustee along with Waldrep, LLP, *nunc pro tunc* to the petition date, to assist him in the administration of the Estate.

This the 1st day of April, 2019.

**WALDREP, LLP**

s/ Thomas W. Waldrep, Jr.
Thomas W. Waldrep, Jr.
NC State Bar No. 11135
Waldrep, LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: (336) 717-1440
Fax: (336) 717-1340
Email: twaldrep@waldrepllp.com
CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Marjorie K. Lynch                          *(via CM/ECF)*
Office of the Bankruptcy Administrator

Rayford K. Adams, III                     *(via CM/ECF)*
Counsel for the Debtor

This the 1st day of April, 2019.

**WALDREP LLP**

s/ Thomas W. Waldrep, Jr.
Thomas W. Waldrep, Jr.
NC State Bar No. 11135
Waldrep, LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: (336) 717-1440
Fax: (336) 717-1340
Email: twaldrep@waldrepllp.com
CHAPTER 11 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

IN RE: )
 )
 ) Case No. 19-01228-5-JNC
CAH ACQUISITION COMPANY #4, )
INC., d/b/a DRUMRIGHT REGIONAL ) Chapter 11
HOSPITAL )
 )
 )
Debtor. )
 )

## AFFIDAVIT

I, Jason L. Hendren, being first duly sworn, say:

1. I am licensed to practice law in the State of North Carolina and am a partner with Hendren, Redwine & Malone, PLLC ("Hendren Redwine") located at 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612.

2. I, Jason L. Hendren and Hendren Redwine wish to be employed by the Trustee as Counsel for the Trustee as listed in the Application to Employ our firm filed herewith.

3. Neither I nor Hendren Redwine, represent or hold an interest adverse to the Estate, and are disinterested within the meaning of Section 327(a) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 1, 2019

                                                 HENDREN, REDWINE & MALONE, PLLC

                                                 By: _____
                                                 Jason L. Hendren,
                                                 NC State Bar No. 29869
                                                 4600 Marriott Drive, Suite 150
                                                 Raleigh, NC 27612
                                                 Telephone: (919) 573-1422
                                                 Facsimile: (919) 420-0475
                                                 Email: jhendren@hendrenmalone.com

Sworn to and subscribed
Before me this the 1st day
of April, 2019.

_____
Notary Public

My Commission Expires:
August 13, 2023

[Notary Seal: JENNIFER E GORMAN, NOTARY PUBLIC, JOHNSTON COUNTY, N.C.]