## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE: )
) Case No. 19-01228-5-JNC
CAH ACQUISITION COMPANY #4, INC )
d/b/a DRUMRIGHT REGIONAL ) Chapter 11
HOSPITAL, )
)
Debtor. )
)

## AMENDED CERTIFICATE OF SERVICE

I, Thomas W. Waldrep, Jr., 101 S. Stratford Road, Suite 210, Winston Salem, North Carolina 27104, certify:

That I am, at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on the 22nd day of April, 2019, I served copies of the Trustee's Motions [DE# 75 & 76] on the parties listed below and attached Exhibit "A", by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is turn and correct.

Dated: April 22, 2019      **WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
James C. Lanik (NC Bar 30454)
101 S. Stratford Road, Suite 210\
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

- and -

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

To:
Marjorie K. Lynch                    (via CM/ECF)
Office of the Bankruptcy Administrator

Rayford K. Adams                     (via CM/ECF)
Counsel for the Debtor

CAH Acquisition Company #4, Inc.
dba Drumright Regional Hospital
Attn: Chief Executive Officer
P.O. Box 953119
St Louis, MO 63195

Label Matrix for local noticing
0417-5
Case 19-01228-5-JNC
Eastern District of North Carolina
Raleigh
Mon Apr 22 15:37:32 EDT 2019

2H Refrigeration
PO Box 758
Cleveland, OK 74020-0758

3M Company
3M Center, Building 223-65-04
Saint Paul, MN 55144-1000

A&B Eco Safe Pest Control Inc.
PO Box 189
Stillwater, OK 74076-0189

AANA
PO Box 4289
Carol Stream, IL 60197-4289

AIV, Inc.
7485 Shipley Avenue
Harmans, MD 21077-3154

APS Fireco Tulsa
Dept. #9
Tulsa, OK 74182-0001

AT&T
PO Box 5001
Carol Stream, IL 60197-5001

Abbott Laboratories Inc.
PO Box 92679
Chicago, IL 60675-2679

Accountable Healthcare Staffing
PO Box 732800
Dallas, TX 75373-2800

Accurad Medical Imaging
PO Box 1128
Mannford, OK 74044-1128

Accuratenow
7515 Irvine Center Drive
Irvine, CA 92618-2930

Rayford K. Adams III
Spilman Thomas & Battle, PLLC
110 Oakwood Dr., Suite 500
Winston-Salem, NC 27103-1958

Addtronics
PO Box 18105
Oklahoma City, OK 73154-0105

Aesculap, Inc.
848 12th Avenue
Bethlehem, PA 18018

Air Comfort Inc.
517 W H Street
Jenks, OK 74037-2902

Air Products and Chemicals
Mail Code 5701; PO Box 71200
Charlotte, NC 28272-1200

Airco Service Inc.
11331 E 58th Street
Tulsa, OK 74146-6811

(p)AIRGAS USA LLC
110 WEST 7TH STREET
SUITE 1300
TULSA OK 74119-1106

Al Witt Microscope Service
5275 Lawrence 1225
Ash Grove, MO 65604-7280

Alco Sales and Service
6851 High Grove Blvd.
Willowbrook, IL 60527-7579

Alere North America
Po Box 846153
Boston, MA 02284-6153

Allesco
5121 S 110th East Ave
Tulsa, OK 74146-5819

American Association of Bioanalysts
205 West Levee Street
Brownsville, TX 78520-5558

American Proficiency Institute
Dept 9526/ PO Box 30516
Lansing, MI 48909-8016

American Screening Corporation
1651 East 70th Street/PMB 404
Shreveport, LA 71105-5115

Anthony Technology, LLC
1216 E Kenosha Street
Suite 266
Broken Arrow, OK 74012-2007

App Group International, LLC
c/o Jason Gang, Esq.
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

BECKMAN COULTER, INC.
250 S. Kraemer Blvd - D1.NW.03
Brea, CA 92821-6232

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

| | | |
|---|---|---|
| Bayer Healthcare<br>3930 Edison Lakes Parkway<br>Mishawaka, IN 46545-3418 | Beckman Coulter<br>250 South Kraemer Blvd.<br>Brea, CA 92821-6232 | Biote Medical LLC<br>1875 W Walnut Hill Lane Suite 100<br>Richardson, TX 75080 |
| Boston Scientific Corp.<br>One Boston Scientific Place<br>Natick, MA 01760-1537 | Boyce & Bynum Pathology Lab<br>PO Box 7406<br>Columbia, MO 65205-7406 | Brooks Grease Service<br>3104 N Erie<br>Tulsa, OK 74115-1900 |
| Bulbs.com Inc.<br>243 Stafford Street<br>Worcester, MA 01603-1168 | CAH Acquisition Company # 4, Inc.<br>PO Box 953119<br>Saint Louis, OK 63195-3119 | CIP Consulting<br>1833 Shady Lane<br>Edmond, OK 73003-9401 |
| CPSI<br>6600 Wall Street<br>PO Box 850309<br>Mobile, AL 36685-0309 | Cadmet, Inc.<br>PO Box 24<br>Malvern, PA 19355-0024 | Camelot Financial Services<br>PO Box 30399<br>Oklahoma City, OK 73140-3399 |
| Cameron-Ehlen Group, Inc<br>5715 West Old Shakopee Road, Suite 150<br>Bloomington, MN 55437-3107 | Cardinal Health - Pharm<br>7920 Elmbrook Drive, #100<br>Dallas, TX 75247-4933 | Care 24/7, LLC<br>8115 Isabella Lane, Suite 5<br>Brentwood, TN 37027-9110 |
| Careexpand, LLC<br>8330 Lyndon B Johnson Fwy<br>Suite 1180<br>Dallas, TX 75243-1166 | Carefusion Solutions, LLC<br>25082 Network Place<br>Chicago, IL 60673-1250 | Cerner Corporation<br>2800 Rockcreek Parkway<br>Kansas City, MO 64117-2521 |
| Channing Bete Company Inc.<br>One Community Place<br>South Deerfield, MA 01373-7328 | Chief Diagnostic Services, Inc.<br>700 Woodrow Drive<br>Lawrenceville, GA 30043-2330 | Cimarron Glas & Overhead Door<br>223 E Main<br>Cushing, OK 74023-2641 |
| City of Drumright<br>122 W. Broadway<br>Drumright, OK 74030-3606 | City of Drumright, Oklahoma<br>c/o Ayers & Haidt, PA<br>PO Box 1544<br>New Bern, NC 28563-1544 | Classey Drumright Floral, LLC<br>121 E Broadway<br>Drumright, OK 74030-3801 |
| Clia Laboroatory Program<br>PO Box 530882<br>Atlanta, GA 30353-0882 | Clinical Pathology Laboratories<br>PO Box 141669<br>Austin, TX 78714-1669 | Cohesive Healthcare Management and Consultin<br>c/o Ayers & Haidt, PA<br>PO Box 1544<br>New Bern, NC 28563-1544 |
| Cola Inc<br>9881 Broken Land Parkway Suite 200<br>Columbia, MD 21046-1195 | College of American Pathologists<br>PO  Box 71698<br>Chicago, IL 60694-1698 | Compliancesigns Inc.<br>56 Main Street<br>Chadwick, IL 61014-9425 |

| | | |
|---|---|---|
| Connections and More Inc.<br>1647 E 75th Street<br>Chadwick, IL 61014 | Creek County EMS District<br>123 E Hobson<br>Sapulpa, OK 74066-2807 | Creek County Treasurer<br>317 East Lee Room 201<br>Sapulpa, OK 74066-4325 |
| Culligan of Tulsa<br>PO Box 9697<br>Tulsa, OK 74157-0697 | Cushing Fire & Ambulance Service<br>211 W Main Street<br>Cushing, OK 74023-2531 | Cushing Plumbing Co.<br>106 E Moses<br>Cushing, OK 74023-3346 |
| DEA Headquarters<br>PO Box 2639<br>Springfield, VA 22152-0639 | DH Pace Company Inc.<br>5217 SW 23rd Street<br>Oklahoma City, OK 73128-1843 | De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |
| Delphia Publishing LLC<br>129 E Broadway Street<br>Drumright, OK 74030-3801 | Diagnostic Health Service<br>PO Box 972288<br>Dallas, TX 75397-2288 | Diagnostic Imaging Assoc. Inc.<br>4500 S Garnett Road #919<br>Tulsa, OK 74146-5214 |
| Diamedical USA Equipment<br>58074 W Maple Road, Suite 175<br>West Bloomfield, MI 48322 | Discovery Bank<br>PO Box 808<br>Edmond, OK 73083-0808 | Double G Rentals LLC<br>PO Box 648<br>Lovelaceville, KY 42060 |
| Drugs of Abuse Testing Lab<br>2626 Sheridan Road<br>Tulsa, OK 74129-1024 | Drumright Auto Supply<br>421 East Broadway<br>Drumright, OK 74030-3898 | Drumright Chamber of Commerce<br>PO Box 828<br>Drumright, OK 74030-0828 |
| Drumright Retional Hospital<br>610 W. Bypass<br>Drumright, OK 74030-5957 | EPS, Inc.<br>Lockbox 427<br>Jamison, PA 18929-0427 | Ecolab, Inc.<br>PO Box 70343<br>Chicago, IL 60673-0343 |
| Economy Supply, Inc.<br>PO Box 70<br>Oilton, OK 74052-0070 | Employment Security Commission<br>PO Box 26504<br>Raleigh, NC 27611-6504 | Empower HMS<br>1700 Swift Avenue<br>Suite 200<br>Kansas City, MO 64116-3834 |
| Endex Inc. of Tulsa<br>P.O. Box 471039<br>Tulsa, OK 74147-1039 | Evoqua Water Technologies, LLC<br>28563 Network Place<br>Chicago, IL 60673-1285 | Experien Health<br>PO Box 886113<br>Los Angeles, CA 90088-0001 |
| Farnam Street Financial Inc.<br>5854 Opus Parkway<br>Hopkins, MN 55343 | Favco Electric<br>PO Box 878<br>Oilton, OK 74052-0878 | Federal Corporation<br>PO Box 2600<br>Oklahoma City, OK 73101-2600 |

Federal Express
PO Box 660481
Dallas, TX 75266-0481

First Liberty
9601 N. May Ave.
Oklahoma City, OK 73120-2710

Flag and Flagpole Express
5404 W Orlando Circle
Broken Arrow, OK 74011-1136

Flags USA LLC
955 E Devon Avenue
Bartlett, IL 60103-4762

Foundation Radiology Group
1705 Renaissance Blvd., Suite 150
Edmond, OK 73013-3054

Future Health Concepts, Inc.
1211 E 30th Street
Sanford, FL 32773-9373

GE Healthcare
PO Box 641419
Pittsburgh, PA 15264-1419

GE Healthcare Fin Services
PO Box 641419
Pittsburgh, PA 15264-1419

GE Medical Systems
PO Box 641419
Pittsburgh, PA 15264-1419

Gage Lucky 13, LLC
503 N. Broadway
Tecumseh, OK 74873-2017

Global Equipment Company
29833 Network Place
Chicago, IL 60673-1298

Grainger
10707 E Pine Street
Tulsa, OK 74116-1549

Great Plains Sleep Specialists
PO Box 893
Wagoner, OK 74477-0893

Green Electrical Supply
1116 Centre Road
Auburn Hills, MI 48326-2602

H.E.R.C.
1415 W. S. Ave
Ponca City, OK 74601-5828

HMS Health LLC
740 Spirit 40 Park Drive
Chesterfield, MO 63005-1122

David J Haidt
Ayers & Haidt, P.A.
PO Box 1544
New Bern, NC 28563-1544

Heartland Pathology Consultant
3509 French Park Drive, Suite D
Edmond, OK 73034-7291

Heldebrandt Consulting, LCL
5130 Oak Timber Drive
Tulsa, OK 74131-2660

Helga Price PA
5916 South 13th Street
Broken Arrow, OK 74011-5112

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hillcrest Medical Center
1120 South Utica
Tulsa, OK 74104-4090

Horiba Instruments, Inc.
9755 Research Drive
Irvine, CA 92618-4626

Hot Shot Power Washing, Inc.
PO Box 812
Enid, OK 73702-0812

IHealthcare Management II Company
Attn: Noel Mijars
3901 SW 28th Street
2nd Floor
Miami, FL 33142

IHealthcare Software Services, Inc.
Attn: Noel Mijares
3901 SW 28th Street
2nd Floor
Miami, FL 33142

Idexx Distribution
PO Box 101327
Atlanta, GA 30392-1327

In-House Labs, LLC
16502 N Pennsylvania Ave, Suite B
Edmond, OK 73012-9126

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

| | | |
|---|---|---|
| Iron Mountain Inc.<br>PO Box 915004<br>Dallas, TX 75391-5004 | J & J Health Care System, Inc.<br>5972 Collections Center Drive<br>Chicago, IL 60693-0059 | James R. Beymer DO<br>11095 South 54th Place<br>Sapulpa, OK 74066-1190 |
| Joe C Hall, OBA No. 13643<br>3001 Oklahoma Tower<br>210 Park Avenue<br>Oklahoma City, OK 73102-5636 | Katom Restaurant Supply Inc.<br>One Katom Way<br>Kodak, TN 37764 | Key Supply LLC<br>9637 LIbery Road, Suite F<br>Randallstown, MD 21133-2452 |
| Klaus Inc.<br>PO Box 1193<br>Drumright, OK 74030-1193 | Suzanne Koenig<br>SAK Management Services, LLC<br>300 Saunders Rd., Suite 300<br>Riverwoods, IL 60015-5708 | LGMG, LLC<br>11063-D S. Memorial Drive #483<br>Tulsa, OK 74133-7366 |
| Laboratory Consultant Solution<br>1521 Vail Place<br>Saint Louis, MO 63104-2513 | Landauer Inc.<br>PO Box 8090501<br>Chicago, IL 60680 | Larry Murphy RPH<br>145 East Broadway<br>Drumright, OK 74030-3801 |
| Lighthouse Recruiting, LLC<br>9204 Eisenhower Drive, Suite 100<br>Apex, NC 27539-7721 | Love Beal & Nixon PC<br>PO Box 32738<br>Oklahoma City, OK 73123-0938 | Loyal Loans<br>16309 N Santa Fe, Suite E<br>Edmond, OK 73013-2600 |
| Luminous of Oklahoma, LLC<br>7701 Broadway Extension, Suite A9<br>Oklahoma City, OK 73116-9056 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601-1888 | ME3 Oilfield Services, LLC<br>2431 E 61st Street<br>Suite 850<br>Tulsa, OK 74136-1236 |
| Maine Standards Company LLC<br>221 US Route 1<br>Cumberland Foreside, ME 04110-1345 | Mays & Associates Inc.<br>PO Box 945<br>Brentwood, TN 37024-0945 | McKesson Corporation - RX<br>1950 Stemmons HWY, #5010<br>Dallas, TX 75207-3199 |
| McKesson Medical Surgical<br>PO Box 634404<br>Cincinnati, OH 45263-4404 | Medassure Oklahoma<br>920 E. County Line Road, Suite 102<br>Lakewood, NJ 08701-2089 | Medi-Dose Incorporation<br>Customer #11-0037027/Lockbox 238<br>Jamison, PA 18929-0238 |
| (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 | Medtronic USA<br>PO Box 848086<br>Dallas, TX 75284-8086 | Medusind Solutions of Okalhoma<br>Mail Code: 11058/PO Box 11839<br>Newark, NJ 07101-8138 |
| Merry X-ray Chemical Corp.<br>3685 S 73rd E Ave<br>Tulsa, OK 74145-3216 | Missouri Network Alliance, LLC<br>2005 West Broadway<br>Columbia, MO 65203-1300 | Motorola Solutions Inc.<br>13108 Collections Center Drive<br>Chicago, IL 60693-0001 |

| | | |
|---|---|---|
| Murphy's Drug<br>145 East Broadway<br>Drumright, OK 74030-3801 | NC Department of Revenue<br>Office Services Div., Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Novitas Solutions - Part A<br>501 Grant Street, Suite 600<br>Pittsburgh, PA 15219-4441 |
| Now Transcription, LLC<br>3126 S. Boulevard St., PMB 254<br>Edmond, OK 73013-5308 | Nustep Inc.<br>5111 Venture Drive Suite 1<br>Ann Arbor, MI 48108-5928 | OG&E<br>PO Box 24990<br>Oklahoma City, OK 73124-0990 |
| OK Bureau of Narcotics & Drugs<br>440 NE 39th Street<br>Oklahoma City, OK 73105-7200 | OK Centralized Support Registr<br>PO Box 268809<br>Oklahoma City, OK 73126-8809 | OK State Department of Health<br>PO Box 268815<br>Oklahoma City, OK 73126-8815 |
| Office Depot<br>PO Box 88040<br>Chicago, IL 60680-1040 | Oklahoma Blood Institute<br>Dept #960115<br>Oklahoma City, OK 73196-0001 | Oklahoma Chiller Corporation<br>PO Box 186<br>Sand Springs, OK 74063-0186 |
| Oklahoma Department of Labor<br>3017 N Stiles Suite 100<br>Oklahoma City, OK 73105-5298 | Oklahoma Hospital Association<br>Dept. #96-0298<br>Oklahoma City, OK 73196-0001 | Oklahoma Osteopathic Associates<br>4848 N Lincoln Boulevard<br>Oklahoma City, OK 73105-3335 |
| Oklahoma State Board Pharmacy<br>4945 Lincoln Blvd. Suite 112<br>Oklahoma City, OK 73105 | Oklahoma State Dept. of Health<br>PO Box 268815<br>Oklahoma City, OK 73126-8815 | Oklahome Tax Commission<br>PO Box 26920<br>Oklahoma City, OK 73126-0920 |
| Olympus America Inc.<br>PO Box 120600, Dept 0600<br>Dallas, TX 75312-0600 | Opti Medical Systems Inc.<br>PO Box 932005<br>Atlanta, GA 31193-2005 | Ortho Clinical Diagnostics<br>1001 Route 202<br>Raritan, NJ 08869-1487 |
| P & K Equipment Co.<br>604 Eastgate Street<br>Stillwater, OK 74074-6540 | PITNEY BOWES<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | PMIC<br>4727 Wilshire Boulevard<br>Los Angeles, CA 90010-3873 |
| Jorge Perez<br>PO Box 953119<br>Saint Louis, MO 63195-3119 | Physicians Record Company<br>3000 S Ridgeland Avenue<br>Berwyn, IL 60402-0724 | Pipette.com<br>10360 Sorrento Valley Road<br>Suite E<br>San Diego, CA 92121-1600 |
| Precision Lens<br>PO Box 160<br>Hopkins, MN 55343-0160 | Psychiatric Medical Care<br>PO Box 305172 Dept #141<br>Nashville, TN 37230-5172 | Quill.com<br>PO Box 37600<br>Philadelphia, PA 19101-0600 |

| | | |
|---|---|---|
| Radiological Solutions<br>PO Box 700477<br>Tulsa, OK 74170-0477 | Radsource, LLC<br>750 Old Hickory Blvd., Suite 1-260<br>Brentwood, TN 37027-4521 | Reboot, Inc./HIPPA Guard<br>Po Box 775535<br>Chicago, IL 60677-5535 |
| Recall Secure Destruction<br>PO Box 841709<br>Dallas, TX 75284-1709 | Rebecca F. Redwine<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612-3367 | Regional Finance Co of OK<br>305 W Taft Road<br>Sapulpa, OK 74066-5444 |
| Reliance Wholesale, Inc.<br>13961 SW 119th Avenue<br>Miami, FL 33186-6202 | Respironics, Inc.<br>PO Box 405740<br>Atlanta, GA 30384-5700 | Rural Community Hospitals of Americ<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304-2704 |
| Rural HospacquisitionLL<br>3555 NW 58th Street<br>Suite 700<br>Oklahoma City, OK 73112-4703 | Scican, Inc.<br>701 Technology Drive<br>Canonsburg, PA 15317-9529 | See the Trainer-Bellvue<br>4102 Twin Creek Drive<br>Suite 110<br>Bellevue, NE 68123-4097 |
| Selectforce Inc.<br>200 NW 66th #972<br>Oklahoma City, OK 73116-8223 | Servpro of South Tulsa County<br>14690 E. Pine Street<br>Tulsa, OK 74116-2205 | Shared Medical<br>209 Limestone Pass<br>Cottage Grove, WI 53527-8968 |
| Silver Bullett Pest Service<br>PO Box 471171<br>Tulsa, OK 74147-1171 | Sleeppoz, Inc.<br>PO Box 1009<br>Wagoner, OK 74477-1009 | Soder Mechanical<br>9526 East 54th Street<br>Tulsa, OK 74145-8180 |
| Spok, Inc.<br>PO Box 660324<br>Dallas, TX 75266-0324 | Standley Systems<br>PO Box 460<br>Chickasha, OK 73023-0460 | Sterilmed Inc.<br>11400 73rd Avenue North<br>Osseo, MN 55369-5561 |
| Steris Corporation<br>PO Box 676548<br>Dallas, TX 75267-6548 | Stryker Flex Financial<br>PO Box 93213<br>Chicago, IL 60673-3213 | Suddenlink<br>PO Box 742535<br>Cincinnati, OH 45274-2535 |
| Surgical Principals Inc.<br>1625 South Tacoma Way<br>Tacoma, WA 98409-7950 | Taylor Technologies Inc.<br>31 Loveton Circle<br>Sparks Glencoe, MD 21152-9206 | The Medical Protective Company<br>23289 Network Place<br>Chicago, IL 60673-1232 |
| The NatL Alliance of Rural Hospital<br>120 North Monroe St.<br>Tallahassee, FL 32301-1531 | Threattrack Security Inc.<br>311 Park Place Suite 300<br>Clearwater, FL 33759-3994 | Total Medical Prsnnl Staffing<br>PO Box 26243<br>Oklahoma City, OK 73126-0243 |

| | | |
|---|---|---|
| Total Medical, LLC<br>1804 Leawood Court<br>Edmond, OK 73034-6957 | Trane<br>PO Box 845053<br>Dallas, TX 75284-5053 | Trival CSE<br>PO Box 1110<br>Miami, OK 74355-1110 |
| US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Building<br>Raleigh, NC 27601-1461 | US Department of Education<br>PO Box 105081<br>Atlanta, GA 30348-5081 | US Foodservice<br>PO Box 973118<br>Dallas, TX 75397-3118 |
| Unipower Corp.<br>1157 Valley Park Drive, Suite 150<br>Shakopee, MN 55379-1943 | United Linen & Uniform<br>PO Box 458<br>Bartlesville, OK 74005-0458 | UnitedHealthcare Insurance Company<br>CDM-ATTN: Bankruptcy<br>185 Asylum Street<br>Hartford, CT 06103-3408 |
| Univar USA Inc.<br>PO Box 849027<br>Dallas, TX 75284-9027 | WES Enterprises<br>108 Hill Street<br>Keller, TX 76248-2235 | WM Recycle America<br>PO Box 73356<br>Chicago, IL 60673-7356 |
| Thomas W. Waldrep Jr.<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104-4224 | Waldrep LLP<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC 27104-4224 | Warren Cat<br>PO Box 842116<br>Dallas, TX 75284-2116 |
| Xactast Environmental LLC<br>3514 Crestview Lane<br>Catoosa, OK 74015-5973 | iHEALTHCARE INC<br>3901 NW 28th St., 2nd Floor<br>Miami, FL 33142-5609 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267 | Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Medline Industries, Inc.<br>Dept. 1080; PO Box 121080<br>Dallas, TX 75312 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bankruptcy Administrator | (u)DE Lage Landen | (d)Endex, Inc. of Tulsa<br>PO Box 471039<br>Tulsa, OK 74147-1039 |