UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #4, LLC d/b/a ) | Case No. 19-1228-5-JNC |
| DRUMRIGHT REGIONAL HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

**INITIAL AND FINAL APPLICATION BY SPILMAN THOMAS & BATTLE, PLLC
AS COUNSEL FOR THE DEBTOR FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
[MARCH 13, 2019 THROUGH APRIL 25, 2019]**

The law firm of Spilman Thomas & Battle, PLLC ("Spilman" or the "Applicant"), counsel for the Debtor in this case, pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rules, makes this initial application to the Court for approval, on an interim basis, of attorneys' fees and reimbursement of expenses pursuant to §§ 330 and 331 of the Bankruptcy Code, in connection with the services rendered by counsel to date in the course of this Chapter 11 proceeding; and, in support of this application, shows the Court as follows:

1. On March 17, 2019, Spilman, as counsel for the Debtor, filed in this bankruptcy court (the "Court") the voluntary Chapter 11 petition commencing this case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the matter is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. On March 29, 2019, Thomas W. Waldrep, Jr. was appointed as the Chapter 11 trustee in the Debtor's case (the "Trustee").

5.      On April 2, 2019, the Debtor filed a motion requesting authorization to employ the law firm of Spilman as counsel for the Debtor and the final order approving the same was entered on May 8, 2019 [Dkt. No. 35] (the "Employment Order"). In paragraph 4 of the Employment Order, the Court authorized Spilman to provide certain services to the Debtor and the bankruptcy estate as are customary as counsel for the Debtor, but to also provide "additional representation of the Debtor or the Trustee as requested by the Trustee for discrete matters not otherwise handled by counsel for the Trustee."

6.      On April 5, 2019, the City of Drumright, Oklahoma, First Liberty Bank, and C. David Rhoades as the court-appointed receiver for Debtor filed an Emergency Motion to Dismiss Chapter 11 Case with Brief in Support [Dkt. No. 038].  On April 24, 2019, the Court entered an order dismissing the case.  At this time, the case remains open for the sole purpose of administrative matters and claims, including recovery of fees that may be proper pursuant to 11 U.S.C. § 349(b)(3).

7.      On April 24, 2019, the Court entered its Order Granting Motion to File Applications for Compensation [Dkt. No. 180] (the "Applications Order"), which authorized all professionals employed in the related CAH Cases to file applications for approval of compensation and reimbursement of expenses in each of the CAH Cases no more often than every sixty (60) days.

8.      Since filing the petition, Spilman has incurred attorneys' fees and expenses assisting the Debtor with various professional services. The services rendered by Spilman have been extensive, and Spilman requests that the firm be allowed compensation for the services rendered on behalf of the Debtor.

9. Attached as **Exhibit A** is a "Summary of Services Rendered" in connection with this application, which sets forth for the time period described therein a summary of the professional services rendered by Spilman on behalf of the Debtor in connection with the administration of this proceeding. The summary sets forth with respect to each timekeeper the name of the individual, the individual's position, the hours expended, the hourly rate requested, and the total dollar amount requested. The summary further itemizes the expenses advanced for which reimbursement is sought.

10. Attached as **Exhibit B** is the "Detailed Statement of Services Rendered" by Spilman during the period covered by this application. **Exhibit B** sets forth with respect to such services the date that the services were performed, the timekeeper involved, the hours charged, the current interim rate, the interim amount, and a description of the service provided, or expense incurred. **Exhibit B** reflects post-petition services rendered by each attorney or support staff who provided services during the applicable period, the time spent, and the fee charged for services, billed at the attorney's or paralegal's hourly rate. **Exhibit B** also provides a summary of the expenses incurred by Spilman. The invoices provide detailed descriptions of the legal work performed for each hospital entity.

11. Since this representation encompasses seven (7) hospital cases, certain services and descriptions were applicable to all of the entities (often hearings, meetings, and travel that involved all of the cases). Those entries are followed by the notation: "(Work applicable to ALL CAH Hospitals)." Rather than divide those entries into seven (7) separate descriptions and time divisions for each case, they were systematically assigned among the seven cases so that the total time of the ALL CAH entries was evenly distributed among the cases. Spilman believes

that the entries represent an even division of the time among all cases, and, therefore, an accurate reflection of the time devoted to each of the seven cases.

12. Services applicable to a particular entity were included in that invoice alone.

13. Members of the law firm of Spilman have experience in the area of bankruptcy and corporate reorganization. Attached hereto as **Exhibit C** is the "Biographical Information" for each of the attorneys and support staff involved in providing legal services for the benefit of the Debtor in connection with this case, setting forth with respect thereto each timekeeper's name, position in the firm, educational background, professional background, and relevant experience.

14. This application is submitted under the standard approved by this Court and other courts as set forth in § 330 of the Bankruptcy Code and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure. These standards require the inclusion of a detailed statement of services rendered; the amounts requested; the times and rates for such services; whether the services were necessary to the administration of the case or beneficial at the time at which the service was rendered to the completion of the case; whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; whether the Spilman attorneys are board certified or otherwise have demonstrated skill and experience in the bankruptcy field; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

15. All the services for which compensation is requested were performed on behalf of the Debtor and not on behalf of the Trustee, creditors, equity interests, or other persons, except as to any services requested by the Trustee pursuant to paragraph 4 of the Employment Order.

16. Spilman requests that the Bankruptcy Court allow interim and final compensation for services rendered and reimbursement of expenses as set forth in the attached Exhibits. Spilman further requests that it be authorized to pay fees and expenses approved pursuant to this application from the pre-petition retainer that it holds.

17. Spilman has incurred post-petition fees in the amount of $23,499.50 and actual expenses in the amount of $0.00, for a total of $23,449.50 for the period set forth in this application, as detailed on the attached **Exhibit B**.

**WHEREFORE,** Spilman requests that the Court enter an order granting the following relief:

A. Allowing compensation to Spilman, as counsel for the Debtor, in the amount of $23,499.50 for fees, together with reimbursement of $0.00 for actual expenses incurred, for total interim and final compensation in the amount of $23,499.50, for the period of March 13, 2019 through April 25, 2019;

B. Authorization to pay fees and expenses approved pursuant to this application from the pre-petition retainer; and

B. Such other relief as the Court may deem necessary and proper.

Dated: July 17, 2019.

                **SPILMAN THOMAS & BATTLE, PLLC**

                */s/ Rayford K. Adams III*
                Rayford K. Adams III (NC State Bar No. 8622)
                110 Oakwood Drive, Suite 500
                Winston-Salem, NC 27103
                Telephone: 336-725-4710
                Telefax: 336-725-4710
                Email: tadams@spilmanlaw.com
                *Attorney for the Debtor*

**Exhibit A**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #4, LLC d/b/a ) | Case No. 19-1228-5-JNC |
| DRUMRIGHT REGIONAL HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

### SUMMARY OF SERVICES RENDERED / APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPILMAN THOMAS & BATTLE, PLLC

From March 13, 2019 through May 31, 2019, the undersigned firm performed professional services for the above-named bankruptcy estate in the capacity of the Debtor's counsel. Attached to this application as **Exhibit B** is a detailed itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | TITLE | HOURS | RATE | TOTAL | Hourly Rate Allowed by Court in Most Recent Fee Award Order |
|---|---|---|---|---|---|
| Rayford K. Adams III | Attorney, Member | 32.90 | $550.00 | **$18,095.00** | N/A |
| Bryan G. Scott | Attorney, Member | 1.30 | $310.00 | **$403.00** | |
| Lindsay J. Cook | Attorney, Associate | 18.60 | $225.00 | **$4,185.00** | N/A |
| Katherine A. Brewer | Paralegal | 4.10 | $115.00 | **$471.50** | N/A |
| Christy S. Peterson | Paralegal | 3.00 | $115.00 | **$345.00** | N/A |
| Subtotal Requested | | | | $23,499.50 | |
| Reimbursement for Expenses | | | | **$0.00** | |
| **TOTAL FEES AND EXPENSES** | | | | $23,499.50 | |

I certify that the information contained in this application is true and accurate and that the application complies with the Bankruptcy Court's Chapter 11 fee guidelines currently in effect.

Dated: July 11, 2019.

**SPILMAN THOMAS & BATTLE, PLLC**

<u>*/s/ Rayford K. Adams III*</u>
Rayford K. Adams III (NC State Bar No. 8622)
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone: 336-725-4710
Telefax: 336-725-4476
tadams@spilmanlaw.com
*Attorney for the Debtor*

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAH ACQUISITION COMPANY #4, LLC d/b/a** ) | **Case No. 19-1228-5-JNC** |
| **DRUMRIGHT REGIONAL HOSPITAL,** ) | |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| ) | |

**DETAILED STATEMENT OF SERVICES RENDERED BY
SPILMAN THOMAS & BATTLE, PLLC**

Attached hereto is a detailed itemization of time expended and expenses incurred by Spilman Thomas & Battle, PLLC in the performance of professional services as counsel for the Debtor.



# spilman
## thomas & battle

| | |
|---|---|
| CAH Acquisition Co., LLC | Invoice date: July 9, 2019 |
| 13595 SW 134 Avenue, Suite 209 | Invoice Number: 5402389 |
| Miami, FL 33187 | Client.Matter Number: 025735.0001 |
| | Billing Professional: Adams III, Rayford K. |

*For Professional Services through* **May 31, 2019**

**Client:** CAH Acquisition Company, LLC
**Matter:** CAH Acquisition Company, LLC

| | | |
|---|---|---|
| Total Current Fees | $ | 23,499.50 |
| **Total Due This Invoice** | $ | **23,499.50** |

Direct any questions to our Billing Department 1-844-469-8882.

---

# spilman
## thomas & battle

Terms: Due Upon Receipt

July 9, 2019
Matter: 025735.0001
Billing Professional: Adams III, Rayford K.
Invoice: 5402389

New Balance $
**23,499.50**

Amount Enclosed $

***Wire Instructions:***
*Bank: BB&T*
*Swift Code: BRBTUS33*
*ABA # 051503394*
*Account: 0005176768470*

***Mail payment to:***
*ATTN: Accounts Receivable*
*Spilman Thomas & Battle, PLLC*
*300 Kanawha Boulevard, East*
*Post Office Box 273*
*Charleston, WV 25321-0273*

Payment Coupon

| CAH Acquisition Company, LLC | Invoice date: | July 9, 2019 |
|---|---|---|
| | Invoice Number: | 5402389 |
| | Client.Matter Number: | 025735.0001 |

## Time Detail

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/19 | Adams III, Rayford K. | Review pleadings in the Hillsboro and Lauderdale bankruptcy cases (filed in KS and TN); Telephone conference with Paul Nusbaum regarding history of relationships and scheduling call with Tom Waldrep. | 1.10 | 605.00 |
| 03/25/19 | Adams III, Rayford K. | Telephone conference with Jamie Shepherd regarding OK judgment. | 0.50 | 275.00 |
| 04/01/19 | Adams III, Rayford K. | Draft motion to change venue in Lauderdale and Hillsboro cases. | 1.50 | 825.00 |
| 04/02/19 | Brewer, Katherine A. | Drumright: Finalize, file, and serve Application to Employ STB. | 1.10 | 126.50 |
| 04/02/19 | Brewer, Katherine A. | Drumright: Finalize, file, and serve Application to Employ STB. | 1.10 | 126.50 |
| 04/03/19 | Brewer, Katherine A. | Pull and review dockets for Hillsboro, Fairfax, and Lauderdale; begin preparing combine Certificate of Service for Motion to Change Venue. | 1.60 | 184.00 |
| 04/03/19 | Adams III, Rayford K. | Continue drafting motion to transfer cases to EDNC. | 4.20 | 2,310.00 |
| 04/03/19 | Adams III, Rayford K. | Review e-mails regarding conference call about motion to change venue; set up conference call; Conference call with Tom Waldrep, Paul Nusbaum, Jennifer Lyday, Rebecca Redwine, Noel Mijares, JT Lander, Jorge Perez regarding background for motion to transfer venue of Lauderdale, Hillsboro, and Fairfax cases to NC; continue drafting motion to change venue. | 1.20 | 660.00 |
| 04/04/19 | Scott, Bryan G. | Telephone conference with Paul Nusbaum regarding Oklahoma matter. | 0.30 | 93.00 |
| 04/05/19 | Scott, Bryan G. | Telephone conference with Tom Waldrep regarding status of venue motion, Drumright dismissal motion, and coordinationg of attorney responsibilties in the case. | 1.00 | 310.00 |
| 04/05/19 | Cook, Lindsay J. | Draft Debtor's Response and Objection to "Emergency Motion to Dismiss Chapter 11 Case, with Brief In Support" - Drumright, research regarding same. | 1.00 | 225.00 |
| 04/06/19 | Cook, Lindsay J. | Draft Debtor's Response and Objection to "Emergency Motion to Dismiss Chapter 11 Case, with Brief In Support" - Drumright, research regarding same. | 5.00 | 1,125.00 |

| CAH Acquisition Company, LLC | | Invoice date:<br>Invoice Number:<br>Client.Matter Number: | | July 9, 2019<br>5402389<br>025735.0001 |
|---|---|---|---|---|
| **Date** | **Name** | **Description** | **Hours** | **Amount** |
| 04/07/19 | Cook, Lindsay J. | Draft Debtor's Response and Objection to "Emergency Motion to Dismiss Chapter 11 Case, with Brief In Support" - Drumright, research regarding same. | 3.30 | 742.50 |
| 04/08/19 | Adams III, Rayford K. | Review e-mail from Felton Parrish regarding continuance of hearing; e-mail to client parties regarding authority to respond to request for consent to continuance; telephone conference with Francisco Morales regarding Hillsboro hearing; Telephone conference with Frank Smith regarding status of Hillsboro hearing; Review Hillsboro motion for continuance of hearing. | 1.60 | 880.00 |
| 04/08/19 | Adams III, Rayford K. | Review e-mail from Patricia Harrison regarding Hillsboro case. | 0.20 | 110.00 |
| 04/08/19 | Adams III, Rayford K. | Review draft of response to Drumright motion to dismiss. | 0.80 | 440.00 |
| 04/08/19 | Adams III, Rayford K. | Review Hillsboro motion for continuance of hearing. | 0.40 | 220.00 |
| 04/08/19 | Cook, Lindsay J. | Draft Debtor's Response and Objection to "Emergency Motion to Dismiss Chapter 11 Case, with Brief In Support" - Drumright, research re same. | 5.40 | 1,215.00 |
| 04/09/19 | Adams III, Rayford K. | Review and revise response to motion to dismiss Drumright case. | 2.00 | 1,100.00 |
| 04/09/19 | Adams III, Rayford K. | Receive and forward response and exhibits from Hillsboro trustee to motion to transfer venue. | 0.20 | 110.00 |
| 04/09/19 | Adams III, Rayford K. | Review pleadings from Hillsboro trustee. | 0.50 | 275.00 |
| 04/09/19 | Adams III, Rayford K. | Telephone conferences with Paul Nusbaum regarding Hillsboro hearing. | 0.50 | 275.00 |
| 04/09/19 | Adams III, Rayford K. | Final review of response. | 1.00 | 550.00 |
| 04/09/19 | Adams III, Rayford K. | Discussion with Lindsay Cook regarding arguments to include in response. | 0.50 | 275.00 |
| 04/09/19 | Adams III, Rayford K. | Discussion with Kathy Brewer regarding motion to extend time and service questions; Review final draft of motion to extend time to file Schedules. | 0.30 | 165.00 |
| 04/09/19 | Adams III, Rayford K. | Review all materials in preparation for hearings tomorrow in change of venue matter and motion to dismiss Drumright case, including late-filed responses from other parties. | 4.80 | 2,640.00 |

| | | Invoice date: | | July 9, 2019 |
|---|---|---|---|---|
| CAH Acquisition Company, LLC | | Invoice Number: | | 5402389 |
| | | Client.Matter Number: | | 025735.0001 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/19 | Cook, Lindsay J. | Draft Debtor's Response and Objection to "Emergency Motion to Dismiss Chapter 11 Case, with Brief In Support" - Drumright, research regardomg same. | 0.80 | 180.00 |
| 04/10/19 | Adams III, Rayford K. | Discussions with attorneys for parties prior to hearings. | 0.80 | 440.00 |
| 04/10/19 | Adams III, Rayford K. | Travel to Greenville, NC and return. (330 miles) (Travel reduced by one-half) | 2.60 | 1,430.00 |
| 04/10/19 | Adams III, Rayford K. | Attend hearings on motion to transfer venue and dismissal of Drumright case. | 4.50 | 2,475.00 |
| 04/10/19 | Adams III, Rayford K. | Discussions with Trustee, David Rhoades (Drumright receiver), and attorneys regarding agreement on management of hospital and course of action for case. | 1.50 | 825.00 |
| 04/10/19 | Brewer, Katherine A. | File and service of supplemental exhibit, Affidavit of Noel Mijares, to the Motion to Transfer Venue. | 0.30 | 34.50 |
| 04/10/19 | Adams III, Rayford K. | Prepare for hearing; Review and revise outline of testimony by trustee; Review affidavit prepared by Noel Mijares regarding Lauderdale operations. | 1.40 | 770.00 |
| 04/10/19 | Cook, Lindsay J. | Research notice requirements under Secs. 1014(b); 2002(a) in preparation for hearing on motion to transfer. | 2.70 | 607.50 |
| 04/11/19 | Cook, Lindsay J. | Meet with Trip Adams to discuss case progress/hearing on Drumright motion to dismiss. | 0.40 | 90.00 |
| 04/16/19 | Peterson, Christy S. | Pull and review docket for order granting motion to continue 341 creditor's meeting to serve on all creditors. | 0.50 | 57.50 |
| 04/16/19 | Peterson, Christy S. | Prepare mailing label matrix. | 1.50 | 172.50 |
| 04/16/19 | Peterson, Christy S. | Drumright - Prepare and file motion to extend time to file Schedules and motion to continue 341 meeting of creditors. | 0.50 | 57.50 |
| 04/16/19 | Peterson, Christy S. | Pull and review docket for order granting motion to continue 341 creditor's meeting to serve on all creditors. | 0.50 | 57.50 |
| 04/25/19 | Adams III, Rayford K. | Review order dismissing Drumright case; e-mail Drumright order to client parties. | 0.80 | 440.00 |
| | | **Total** | **68.20** | **$23,499.50** |

| CAH Acquisition Company, LLC | Invoice date: | July 9, 2019 |
| | Invoice Number: | 5402389 |
| | Client.Matter Number: | 025735.0001 |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adams III, Rayford K. | Member | 32.90 | 550.00 | 18,095.00 |
| Scott, Bryan G. | Member | 1.30 | 310.00 | 403.00 |
| Cook, Lindsay J. | Associate | 18.60 | 225.00 | 4,185.00 |
| Brewer, Katherine A. | Paralegal | 4.10 | 115.00 | 471.50 |
| Peterson, Christy S. | Paralegal | 3.00 | 115.00 | 345.00 |
| **Total** | | **68.20** | | **$23,499.50** |

**Exhibit C**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAH ACQUISITION COMPANY #4, LLC d/b/a DRUMRIGHT REGIONAL HOSPITAL, | ) Case No. 19-1228-5-JNC |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| _____ | ) |

### BIOGRAPHICAL INFORMATION FOR SPILMAN THOMAS & BATTLE, PLLC ATTORNEYS AND SUPPORT STAFF

**Rayford K. Adams III** is a member of Spilman Thomas & Battle, PLLC and heads the firm's bankruptcy practice in North Carolina. His primary areas of practice are bankruptcy, creditors' rights, and commercial disputes and workouts. He has almost forty years of experience in all aspects of bankruptcy matters and has represented creditors, lessors, committees, debtors, guarantors, and trustees in a broad range of industries and matters, including bankruptcy appeals in the United States District Court, the Fourth Circuit Court of Appeals, and the Supreme Court of the United States. He has significant experience representing hospitals and health care entities in bankruptcy cases and transactions. He is a board-certified specialist in business and consumer bankruptcy law by the North Carolina State Bar Board of Legal Specialization. He has chaired the Bankruptcy Specialization Committee of the North Carolina State Bar Board of Legal Specialization and is a member of the American Bankruptcy Institute. Mr. Adams has served as a Council member and past treasurer of the Bankruptcy Section Council of the North Carolina Bar Association. He formerly served as the standing Chapter 13 trustee for the Middle District of North Carolina (Winston-Salem Division). He has been an Adjunct Professor of Law at Elon University School of Law, where he taught the Bankruptcy course from the law school's founding through 2016. He is recognized regularly in North Carolina Super Lawyers and Legal Elite publications in the area of business bankruptcy law. Mr. Adams received his B.S. degree in 1972 from Davidson College and his J.D. in 1979 from Wake Forest University School of Law.

**Jeffrey D. Patton** is a member of Spilman Thomas & Battle, PLLC. His primary areas of practice are trial work and complex commercial litigation, labor and employment law, class actions, trademark and patent litigation, health care law, and banking and consumer protection litigation. He is a member of the American Bar Association, Labor and Employment Law Section, Employment Rights and Responsibilities Committee. He is also a member of the North Carolina Bar Association, Labor and Employment Law Section. He received his B.A. degree from The College of William & Mary in 1991 and his J.D. from Wake Forest University in 1994.

**Alexander Macia** is a member of Spilman Thomas & Battle, PLLC. His primary areas of practice are general litigation, administrative and government relations law, and mine safety. Mr. Macia was previously the President of the West Virginia Bar Association. He received his B.A. degree *summa cum laude* from West Virginia University in 1985 and his J.D. from George Washington University with honors in 1991.

**Bryan G. Scott** is a member of Spilman Thomas & Battle, PLLC. His primary areas of practice are construction law and litigation and commercial and business litigation, including creditors' rights, banking and consumer protection litigation, insurance coverage, and intellectual property litigation. He received his B.A. degree from Appalachian State University, *magna cum laude*, in 2001. He received his J.D. from Wake Forest University in 2004 and graduated from the University of Virginia School of Law Trial Advocacy College in 2012.

**Lindsay J. Cook** is an associate with Spilman Thomas & Battle, PLLC. Her primary areas of practice are corporate and transactional law. She is a member of Women in Construction and the North Carolina Association of CPAs. She received her B.S.B.A. degree, *summa cum laude*, with honors, Accounting and Economics from the University of South Carolina in 2012. She received her M.Acc *summa cum laude* at the University of South Carolina in 2013 and her J.D., *summa cum laude* from the University of Tennessee College of Law in 2016.

**Dawnielle Y. Grace** is an associate with Spilman Thomas & Battle, PLLC. Her primary area of practice is general litigation with an emphasis on collections, bankruptcy and employment. She is a member of the Forsyth County 21st District Bar, the North Carolina State Bar and the American Bar Association. She received her BA in Political Science (International Relations), Japanese Language and Literature, with honors, from Purdue University. She received her M.B.A. in International Relations, with honors, from Benedictine University and her J.D. from Wake Forest University School of Law.

**Gregory Cooper** is a paralegal with Spilman Thomas & Battle, PLLC. He has twenty-five years of advocacy experience in long-term care settings and hospitals, consumer finance and disability services. He also worked as a lobbyist in the West Virginia Legislature for several years. Employed by Legal Aid Society of West Virginia, Mountain State Justice, West Virginia Advocates, and the Alzheimer's Association, as well as various local law firms. Mr. Cooper received his Regents BA degree in 1991 from Glenville State College.

**Katherine A. Brewer** is a paralegal with Spilman Thomas & Battle, PLLC. She joined the firm in 2010 and has 24 years of experience providing paralegal support in all aspects of simple and complex litigation matters. Ms. Brewer functions as the bankruptcy and special projects paralegal.

**Christy S. Peterson** is a paralegal with Spilman Thomas & Battle, PLLC. She received her B.S. degree from Appalachian State University in 1998. She began her career at Wilson & Iseman, LLP, where she spent 16 years developing her extensive skill set as a medical malpractice paralegal. In 2016, she joined Spilman Thomas & Battle, PLLC, where she assists with bankruptcy and litigation matters.

**Kimberly L. Jones** is a paralegal with Spilman Thomas & Battle, PLLC. She received her associate degree in paralegal studies from Forsyth Technical Community College in 2007. She joined the firm in 2009 and has 10 years of experience providing paralegal support on a broad range of cases including, toxic tort, class actions, product liability, breach of contract, medical monitoring and other complex litigation matters.

**Cecelia E. Stemple** is a paralegal at Spilman Thomas & Battle, PLLC. She attended 2 years at UNC-Wilmington. She then worked for Shapiro & Ingle, LLC and Morris, Schneider & Prior. She has 17 years of experience in foreclosures and title searching.