**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #4, LLC d/b/a ) | Case No. 19-1228-5-JNC |
| DRUMRIGHT REGIONAL HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## SUPPLEMENT TO EXHIBIT B OF APPLICATION FOR COMPENSATION

The law firm of Spilman Thomas & Battle, PLLC ("Spilman"), counsel for the Debtor in this case submits this supplement to Exhibit B, attached to the application for compensation filed by Spilman in this case (Doc 117).

Through oversight, Spilman inadvertently omitted from the itemized costs and expenses summarized in Exhibit B attached to the fee application the costs from June and July 2019. The attached supplement summarizes those additional costs, in the total amount of $15,359.32. Pursuant to the methodology utilized to attribute one-eighth (1/8) of expenses to each of the eight cases for which applications for compensation are pending, the total of costs and expenses in this case will increase by $1,919.92, to a total of $4,977.23.

Dated: November 4, 2019.

                                **SPILMAN THOMAS & BATTLE, PLLC**

                                */s/ Rayford K. Adams III*
                                Rayford K. Adams III (NC State Bar No. 8622)
                                110 Oakwood Drive, Suite 500
                                Winston-Salem, NC 27103
                                Telephone: 336-725-4710
                                Telefax: 336-725-4710
                                Email: tadams@spilmanlaw.com
                                *Attorney for the Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all registered users of record, including the following:

| | |
|---|---|
| Marjorie K. Lynch | Thomas W. Waldrep, Jr. |
| 434 Fayetteville St. | Waldrep LLP |
| Suite 640 | 101 S Stratford Road, Suite 210 |
| Raleigh, NC 27601 | Winston-Salem, NC 27104 |
| *Bankruptcy Administrator* | *Trustee* |

Dated: November 4, 2019.

                                          */s/ Rayford K. Adams III*
                                          Rayford K. Adams III (NC Bar No. 8622)
                                          SPILMAN THOMAS & BATTLE, PLLC
                                          110 Oakwood Drive, Suite 500
                                          Winston-Salem, North Carolina 27103
                                          Telephone: (336) 725-4710
                                          Facsimile: (336)725-4476
                                          tadams@spilmanlaw.com

**Supplement to Exhibit B**

| Date | Description | Amount |
|---|---|---|
| 6/3/2019 | Postage | $6.00 |
| 6/4/2019 | Postage | $1.00 |
| 6/4/2019 | Pacer Service Center - Court documents | $1.50 |
| 6/5/2019 | Postage | $1.50 |
| 6/5/2019 | Postage | $517.50 |
| 6/5/2019 | Postage | $0.50 |
| 6/5/2019 | Postage | $3.00 |
| 6/5/2019 | Postage | $1.00 |
| 6/5/2019 | Postage | $4.00 |
| 6/5/2019 | Pacer Service Center - Court documents | $0.80 |
| 6/5/2019 | Document Reproduction | $7.50 |
| 6/5/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for adding creditors | $31.00 |
| 6/5/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; filing fee for adding creditors | $104.80 |
| 6/7/2019 | Pacer Service Center - Court documents | $0.80 |
| 6/11/2019 | Pacer Service Center - Court documents | $1.70 |
| 6/14/2019 | Pacer Service Center - Court documents | $13.30 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $31.00 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $31.00 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $31.00 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $31.00 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $31.00 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $31.00 |
| 6/14/2019 | Branch Banking & Trust - STB Visa - USBC-NC; Filing fee for Amending Creditor List | $23.00 |
| 6/17/2019 | Pacer Service Center - Court documents | $3.40 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; Washington County | $64.80 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; Oswego | $56.80 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; I-70 | $65.60 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; Prague | $58.40 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; Horton | $67.20 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; Haskell | $59.20 |
| 6/17/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; Service of Bankruptcy Notice on added Creditors; Fairfax | $300.00 |
| 6/19/2019 | Pacer Service Center - Court documents | $4.60 |
| 6/25/2019 | Pacer Service Center - Court documents | $2.00 |
| 6/26/2019 | Pacer Service Center - Court documents | $2.10 |
| 6/26/2019 | Pacer Service Center - Court documents | $5.40 |
| 7/3/2019 | Pacer Service Center - Court documents | $3.60 |
| 7/9/2019 | Pacer Service Center - Court documents | $2.40 |
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $1,940.68 |
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $1,984.50 |
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $2,780.40 |
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $1,912.96 |

| Date | Description | Amount |
|---|---|---|
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $1,658.39 |
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $1,686.63 |
| 7/15/2019 | Branch Banking & Trust - STB Visa - BK Attorney Services; COS Washington | $1,795.36 |
| | Total: | $15,359.32 |
| | Expenses Applicable to all CAH Hospitals (1/8th of total) | $1,919.92 |